UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PB LIFE AND ANNUITY CO., LTD., *et al.*,

     Debtors in Foreign Proceedings

UNIVERSAL LIFE INSURANCE COMPANY,

     Plaintiff,

-against-

GREG E. LINDBERG, individually, CHRIS HERWIG,
individually, AAPC HOLDINGS, LLC, ACADEMY
FINANCIAL ASSETS, LLC, AGH PARENT, LLC,
ALPINE CAPITAL, LLC, ASIM HOLDINGS, LLC,
ASL HOLDINGS, LLC, ATKINSON, LLC,
ATLANTIC COAST LIFE INSURANCE COMPANY,
ATLAS FINANCIAL INVESTMENTS, LLC,
AUGUSTA ASSET MANAGEMENT, INC.,
BEGONIA EIGHT, LLC, BLH CAPITAL, LLC, BLUE
DAFFODIL, LLC, BLUE VIOLET, LLC, CAPITAL
ASSETS FUND I, LLC, CAPITAL ASSETS FUND II,
LLC, CAPITAL ASSET MANAGEMENT I, LLC,
CAPITAL ASSETS MANAGEMENT II, LLC,
CAPITAL ASSETS MANAGEMENT III, LLC,
CARNATION THREE, LLC, CHATSWORTH ASSET
MANAGEMENT, LLC, CHRYSANTHEMUM TWO,
LLC, CSI INTERCO, LLC, DAHLIA TEN, LLC,
DAISY SEVEN, LLC, DRUMMOND GROUP, LLC,
DUNHILL HOLDINGS, LLC, ELI GLOBAL, LLC,
ENGLERT HOLDINGS, LLC, EPPING, LLC, ERIE
PROPERTIES, LLC, FLAGSHIP HOLDINGS, LLC,
FLEET ASSIST INTERCO LIMITED, FLOWERY
BRANCH, LLC, FORSYTH, LLC, FORTREX, LLC,
GBIG CAPITAL, LLC, GBIG HOLDINGS, INC., GBI
GROUP, LLC, GERANIUM TWO, LLC, GILFORD
ASSET MANAGEMENT, LLC, GLOBAL BANKERS
INSURANCE GROUP, LLC, GLOBAL GROWTH
HOLDINGS, INC., GLOBAL INSURANCE CAPITAL,
LLC, GREENFIELD CAPITAL, LLC, HAMPTON
ASSET MANAGEMENT, INC., HANSEN
AEROSPACE, LLC, HEALTHLINK HOLDINGS,
LLC, HOOKSETT, LLC, HUTCHISON LAW GROUP,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/16/2022__

22 Civ. 5122 (AT)

**ORDER**

PLLC, INTEGRITY EMR HOLDINGS, LLC,
INTEGRITY EMR, LLC, IRON CITY ASSET
MANAGEMENT, INC., ITECH FUNDING, LLC,
JACKSON ASSET MANAGEMENT, INC., KITE
ASSET MANAGEMENT, INC., LILAC SIX, LLC,
MACON, LLC, MORNING MOUNTAIN HOLDINGS,
LLC, NETHERLANDS INSURANCE HOLDINGS,
INC., NEW ENGLAND CAPITAL, LLC, NIH
CAPITAL, LLC, NOM GB 2018 I, LLC, PARADIGM
PARK HOLDINGS, LLC, PARALLEL CAPITAL
ASSETS, LLC, PERSHING, LLC, RED BEGONIA,
LLC, REVOLVERCAP PARTNERS FUND, LP,
SATORI WATERS, LLC, SEDWICK, LLC,
SENTINEL SECURITY LIFE INSURANCE
COMPANY, SOMERSWORTH, LLC, STANDARD
ADVISORY SERVICES, LTD, STANDARD
FINANCIAL LIMITED, STANDARD INVESTMENT
CAPITAL, LTD, TREATMENT RESOURCES OF
MARGATE, INC., TRITON FINANCIAL LIMITED,
TUX HOLDINGS, LLC, TYBEE ISLAND ASSET
MANAGEMENT, LLC, UKAT HOLDINGS, LLC,
UKAT INVESTMENT LIMITED, VERDESIAN LIFE
SCIENCES, LLC, WEARE, LLC, YELLOW LOTUS,
LLC, YELLOW SUNFLOWER, LLC, UBS
FINANCIAL SERVICES, INC., GOLDMAN SACHS
LENDING PARTNERS, LLC, CREDIT SUISSE AG
CAYMAN ISLANDS BRANCH, GOLDMAN SACHS
BANK USA, MORGAN STANLEY SENIOR
FUNDING, INC., THE BRYN MAWR TRUST
COMPANY, and DOES 1 through 10, inclusive,

Defendants.

ANALISA TORRES, District Judge:

The Court has reviewed the parties' proposed briefing schedule.  ECF No. 15.  Accordingly,

1. By **September 19, 2022**, Plaintiff shall file its appellate brief.
2. By **October 11, 2022**, Defendants shall file their opposition.
3. By **November 1, 2022**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: August 16, 2022
       New York, New York

ANALISA TORRES
United States District Judge

2