# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO. LTD, et al,<br><br>    *Debtor in Foreign Proceeding*.<br><br>UNIVERSAL LIFE INSURANCE COMPANY,<br><br>    *Plaintiff-Appellant,*<br>v.<br><br>GREG E. LINDBERG, individually, et al.,<br><br>    *Defendants-Appellees.* | Case No. 1:22-CV-05122 |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Notice is hereby given that Defendants Atkinson, LLC, Begonia Eight, LLC, Blue Daffodil, LLC, Blue Violet, LLC, Carnation Three, LLC, Chrysanthemum Two, LLC, Dahlia Ten, LLC, Daisy Seven, LLC, Epping, LLC, Flowery Branch, LLC, Forsyth, LLC, Geranium Two, LLC, Hookset, LLC, Lilac Six, LLC, Macon, LLC, Red Begonia, LLC, Weare, LLC, Yellow Lotus, LLC, and Yellow Sunflower, LLC (the "Flowery Defendants"), Defendants-Appellees in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit

from the Order of the United States District Court for the Southern District of New York (Torres, J.) entered on July 31, 2023 in the above-styled case reversing the decision of the United States Bankruptcy Court for the Southern District of New York (Beckerman, J.) (the "Bankruptcy Court") dismissing Plaintiff Universal Life Insurance Company's ("ULICO") action against all defendants for lack of subject matter jurisdiction and remanding to the Bankruptcy Court for further proceedings. (ECF Doc. No. 45). For the avoidance of doubt, this appeal encompasses the final judgment and all earlier orders that merge into the judgment.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

1. Party: Plaintiffs

(1) Universal life Insurance Company

   Attorneys:

   Clinton E. Cameron
   Megan C. Dalton
   Courtney Dawn Logli
   Clyde & Co US LLP
   55 W. Monroe Street, Suite 3000
   Chicago, IL 60603
   312-635-7000
   312-635-6950 (fax)
   clinton.cameron@clydeco.us
   meghan.dalton@clydeco.us
   courtney.ross@clydeco.us

2. Party: Defendants

(1) Defendant Chris Herwig

   Attorney:

   Todd Allan Atkinson
   Womble Bond Dickinson (US) LLP
   717 Texas Avenue, Suite 2100
   Houston, TX 77002
   216-346-7849
   todd.atkinson@wbd-us.com

(2) Defendants Atlantic Coast Life Insurance Company and Sentinel Security Life Insurance Company

   Attorneys:

   Luis Orengo, Jr
   813-229-4957
   lorengo@carltonfields.com
   Donald R. Kirk
   813-229-4334
   dkirk@carltonfields.com
   Carlton Fields
   4221 W. Boy Scout Blvd., Suite 1700
   Tampa, FL 33607

(3) Defendants Greg Lindberg, Academy Financial Assets, LLC, Alpine Capital, LLC, Atlas Financial Investments, LLC, Augusta Asset Management, LLC, Capital Assets Management I, LLC, Capital Assets Management II, LLC, Capital Assets Management III, LLC, CSI Interco, LLC, Eli Global, LLC, GBI Group, LLC, GBIG Capital, LLC, GBIG Holdings, LLC, Global Insurance Capital, LLC, Hampton Asset Management, LLC, Iron City Asset Management, LLC, Jackson Assets Management, LLC, Kite Asset Management, LLC, New England Capital, LLC, Parallel Capital Assets, LLC,  Tybee Island Asset Management, LLC, AGH Parent, LLC, ASiM Holdings, LLC, ASL Holdings, LLC, BLH

3

Capital, LLC, Capital Assets Fund I, LLC, Capital Assets Fund II, LLC, Chatsworth Asset Management, LLC, Drummond Group, LLC, Dunhill Holdings, LLC, Englert Holdings, LLC, Flagship Holdings, LLC, Fortrex, LLC, Gilford Asset Management, LLC, Global Growth Holdings, Inc., Greenfield Capital, LLC, Healthlink Holdings, LLC, Integrity EMR Holdings, LLC, Integrity EMR, LLC, iTech Funding, LLC, Netherlands Insurance Holdings, Inc., NIH Capital, LLC, Sedwick, LLC, and UKAT Holdings, LLC (the Lindberg Defendants")

Attorneys:

William G. Whitehill
Aaron Z. Tobin
Jared T.S. Pace
8080 Park Lane, Suite 700
Dallas, Texas 75088
Phone: 214-265-3862
Fax: 214-691-6311
bwhitehill@condontobin.com
atobin@condontobin.com
jpace@condontobin.com

(4) "Flowery Defendants" consisting of Defendants Atkinson, LLC, Begonia Eight, LLC, Blue Daffodil, LLC, Blue Violet, LLC, Carnation Three, LLC, Chrysanthemum Two, LLC, Dahlia Ten, LLC, Daisy Seven, LLC, Epping, LLC, Flowery Branch, LLC, Forsyth, LLC, Geranium Two, LLC, Hookset, LLC, Lilac Six, LLC, Macon, LLC, Red Begonia, LLC, Weare, LLC, Yellow Lotus, LLC, and Yellow Sunflower, LLC

Attorney:

Jay Samuel Hellman
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
1201 RXR Plaza, 12th Floor
Uniondale, NY 11556
516-622-9200
516-622-9200 (fax)
jhellman@westermanllp.com

(5) Defendant Hansen Aerospace, LLC

    Attorney:

    Jay Samuel Hellman
    Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
    1201 RXR Plaza, 12th Floor
    Uniondale, NY 11556
    516-622-9200
    516-622-9200 (fax)
    jhellman@westermanllp.com

(6) Defendant Hutchison PLLC

    Attorney:

    Liam O'Brien
    McCormick & O'Brien L.L.P.
    9 West 40th Street, 4th Floor
    New York, NY 10016
    212-286-4471
    212-504-9574 (fax)
    lobrien@mcoblaw.com

(7) Defendants Morning Mountain Holdings, LLC; Paradigm Park Holdings, LLC; TUX Holdings, LLC; Erie Properties, LLC

    Attorneys:

    Nicholas F. Kajon
    Stevens & Lee
    485 Madison Avenue, 20th Floor
    New York, NY 10022
    (212) 319-8500
    nfk@stevenslee.com

(8) Defendant Morgan Stanley Senior Funding, LLC

   Attorneys:

   Glen Arthur Silverstein
   Michael John Tiffany
   Daniel Anthony Johnson
   Leader Berkon Colao & Silverstein LLP
   630 Third Avenue, 17th Floor
   New York, NY 10017
   212-486-2400
   212-486-3099 (fax)
   gsilverstein@leaderberkon.com
   mtiffany@ledaerberkon.com
   djohnson@leaderberkon.com

(9) Defendant Global Bankers Insurance Group, LLC n/k/a Aspida Financial Services, LLC

   Attorneys:

   Peter Haley
   Nelson Mullins Riley & Scarborough LLP
   One Financial Center, Suite 3500
   Boston, MA 02111
   617-217-4714
   peter.haley@nelsonmullins.com
   Alan Frederick Kaufman
   Nelson Mullins Riley & Scarborough LLP
   330 Madison Avenue
   27th Floor
   New York, NY 10017
   212-413-9000
   alan.kaufman@nelsonmullins.com

(10)   "Unrepresented Defendants" Fleet Assist Interco Limited; Pershing, LLC; Satori Waters, LLC; Somersworth, LLC; Standard Advisory Services, Ltd., Standard Financial Limited; Standard Investment Capital, Ltd.; Treatment Resources of Margate, Inc.; Triton Financial Limited;

UKAT Investment Limited; UBS Financial Services, Inc.; Credit Suisse AG Cayman Islands Branch; and the Bryn Mawr Trust Company.

3. Interested Party

   (1) AAPC Holdings, LLC

   Attorney:

   Courina Yulisa
   Dorsey & Whitney LLP
   51 West 52nd Street
   New York, NY 10019
   212-415-9242
   yulisa.courina@dorsey.com

This the 30th day of August, 2023.

        **WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

        By: ___*Jay S. Hellman*___
            Jay S. Hellman
            jhellman@westermanllp.com
            1201 RXR Plaza, 12th Floor
            Uniondale, NY 11556
            516-622-9200
            516-622-9200 (fax)
            jhellman@westermanllp.com

        *Attorneys for Flowery Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send electronic notification of such filing to all other parties who have filed a notice of appearance.

Dated: August 30, 2023　　　　　　　　　　　*Jay S. Hellman*
　　　　　　　　　　　　　　　　　　　　　　Jay S. Hellman