UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

PB LIFE AND ANNUITY CO. LTD, et al,

*Debtor in Foreign Proceeding.*

UNIVERSAL LIFE INSURANCE COMPANY,

*Plaintiff-Appellant,*

v.

GREG E. LINDBERG, individually, et al.,

*Defendants-Appellees.*

Case No. 1:22-CV-05122

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Notice is hereby given that Greg Lindberg, Academy Financial Assets, LLC, Alpine Capital, LLC, Atlas Financial Investments, LLC, Augusta Asset Management, LLC, Capital Assets Management I, LLC[1], Capital Assets Management II, LLC, Capital Assets Management III, LLC, CSI Interco, LLC, Eli Global, LLC, GBI Group, LLC, GBIG Capital, LLC, GBIG Holdings, LLC[2], Global Insurance Capital, LLC, Hampton Asset

---

[1] Lindberg Defendants assert that this entity appears to be misidentified in Plaintiff's First Amended Complaint.
[2] Lindberg Defendants assert that this entity is incorrectly identified as a corporation in Plaintiff's First Amended Complaint.

Management, LLC[3], Iron City Asset Management, LLC[4], Jackson Assets Management, LLC[5], Kite Asset Management, LLC[6], New England Capital, LLC, Parallel Capital Assets, LLC,  Tybee Island Asset Management, LLC[7], AGH Parent, LLC, ASiM Holdings, LLC, ASL Holdings, LLC, BLH Capital, LLC, Capital Assets Fund I, LLC, Capital Assets Fund II, LLC, Chatsworth Asset Management, LLC, Drummond Group, LLC, Dunhill Holdings, LLC, Englert Holdings, LLC, Flagship Holdings, LLC, Fortrex, LLC, Gilford Asset Management, LLC, Global Growth Holdings, Inc., Greenfield Capital, LLC, Healthlink Holdings, LLC, Integrity EMR Holdings, LLC, Integrity EMR, LLC, iTech Funding, LLC, Netherlands Insurance Holdings, Inc., NIH Capital, LLC, Sedwick, LLC, and UKAT Holdings, LLC ("Lindberg Defendants"), Defendants-Appellees in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of the United States District Court for the Southern District of New York entered on July 31, 2023 in the above-style reversing the United States Bankruptcy Court for the Southern District of New York's ("Bankruptcy Court") decision dismissing Plaintiff Universal Life Insurance Company's ("ULICO") action against Defendants for lack of

---

[3] Lindberg Defendants assert that this entity is incorrectly identified as a corporation in Plaintiff's First Amended Complaint.
[4] Lindberg Defendants assert that this entity is incorrectly identified as a corporation in Plaintiff's First Amended Complaint.
[5] Lindberg Defendants assert that this entity is incorrectly identified as a corporation in Plaintiff's First Amended Complaint.
[6] Lindberg Defendants assert that this entity is incorrectly identified as a corporation in Plaintiff's First Amended Complaint.
[7] Lindberg Defendants assert that this entity is incorrectly identified as a corporation in Plaintiff's First Amended Complaint.

subject matter jurisdiction and remanding to the Bankruptcy Court for further proceedings. [Doc. 45]. For the avoidance of doubt, this appeal encompasses the final judgment and all earlier orders that merge into the judgment.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

1. Party: Plaintiffs:

(1) Universal life Insurance Company

   Attorneys:

   Clinton E. Cameron
   Megan C. Dalton
   Courtney Dawn Logli
   Clyde & Co US LLP
   55 W. Monroe Street
   Suite 3000
   Chicago, IL 60603
   312-635-7000
   312-635-6950 (fax)
   clinton.cameron@clydeco.us
   meghan.dalton@clydeco.us
   courtney.ross@clydeco.us

2. Party: Defendants

(1) Defendant Chris Herwig

   Attorney:

   Todd Allan Atkinson
   Womble Bond Dickinson (US) LLP
   717 Texas Avenue
   Suite 2100
   Houston, TX 77002
   216-346-7849
   todd.atkinson@wbd-us.com

Attorney for Chris Herwig

(2) Defendants Atlantic Coast Life Insurance Company and Sentinel Security Life Insurance Company

Attorneys:

Luis Orengo, Jr
813-229-4957
lorengo@carltonfields.com
Donald R. Kirk
813-229-4334
dkirk@carltonfields.com
Carlton Fields
4221 W. Boy Scout Blvd.
Suite 1700
Tampa, FL 33607

(3) "Lindberg Defendants" consisting of Defendants Greg Lindberg, Academy Financial Assets, LLC, Alpine Capital, LLC, Atlas Financial Investments, LLC, Augusta Asset Management, LLC, Capital Assets Management I, LLC, Capital Assets Management II, LLC, Capital Assets Management III, LLC, CSI Interco, LLC, Eli Global, LLC, GBI Group, LLC, GBIG Capital, LLC, GBIG Holdings, LLC, Global Insurance Capital, LLC, Hampton Asset Management, LLC, Iron City Asset Management, LLC, Jackson Assets Management, LLC, Kite Asset Management, LLC, New England Capital, LLC, Parallel Capital Assets, LLC, Tybee Island Asset Management, LLC, AGH Parent, LLC, ASiM Holdings, LLC, ASL Holdings, LLC, BLH Capital, LLC, Capital Assets Fund I, LLC, Capital Assets Fund II, LLC, Chatsworth Asset Management, LLC, Drummond Group, LLC, Dunhill Holdings, LLC, Englert Holdings, LLC, Flagship Holdings, LLC, Fortrex, LLC, Gilford Asset Management, LLC, Global Growth Holdings, Inc., Greenfield Capital, LLC, Healthlink Holdings, LLC, Integrity EMR Holdings, LLC, Integrity EMR, LLC, iTech Funding, LLC, Netherlands Insurance Holdings, Inc., NIH Capital, LLC, Sedwick, LLC, and UKAT Holdings, LLC

Attorneys:

William G. Whitehill
Aaron Z. Tobin
Jared T.S. Pace
8080 Park Lane, Suite 700

    Dallas, Texas 75088
    Phone: 214-265-3862
    Fax: 214-691-6311
    bwhitehill@condontobin.com
    atobin@condontobin.com
    jpace@condontobin.com

(4) "Flowery Defendants" consisting of Defendants Atkinson, LLC, Begonia Eight, LLC, Blue Daffodil, LLC, Blue Violet, LLC, Carnation Three, LLC, Chrysanthemum Two, LLC, Dahlia Ten, LLC, Daisy Seven, LLC, Epping, LLC, Flowery Branch, LLC, Forsyth, LLC, Geranium Two, LLC, Hookset, LLC, Lilac Six, LLC, Macon, LLC, Red Begonia, LLC, Weare, LLC, Yellow Lotus, LLC, and Yellow Sunflower, LLC

    Attorney:

    Jay Samuel Hellman
    Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
    1201 RXR Plaza
    Suite 1010
    Uniondale, NY 11556
    516-622-9200
    516-622-9200 (fax)
    jhellman@westermanllp.com

(5) Defendant Hansen Aerospace, LLC

    Attorney:

    Jay Samuel Hellman
    Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
    1201 RXR Plaza
    Suite 1010
    Uniondale, NY 11556
    516-622-9200
    516-622-9200 (fax)
    jhellman@westermanllp.com

(6) Defendant Hutchison PLLC

   Attorney:

   Liam O'Brien
   McCormick & O'Brien L.L.P.
   9 West 40th Street,
   4th Floor
   New York, NY 10016
   212-286-4471
   212-504-9574 (fax)
   lobrien@mcoblaw.com

(7) Defendants Morning Mountain Holdings, LLC; Paradigm Park Holdings, LLC; TUX Holdings, LLC; Erie Properties, LLC

   Attorneys:

   Nicholas F. Kajon
   Stevens & Lee
   485 Madison Avenue, 20th Flr.
   New York, NY 10022
   (212) 319-8500
   nfk@stevenslee.com

(8) Defendant Morgan Stanley Senior Funding, LLC

   Attorneys:

   Glen Arthur Silverstein
   Michael John Tiffany
   Daniel Anthony Johnson
   Leader Berkon Colao & Silverstein LLP
   630 Third Avenue
   Ste 17th Floor
   New York, NY 10017
   212-486-2400
   212-486-3099 (fax)
   gsilverstein@leaderberkon.com
   mtiffany@ledaerberkon.com
   djohnson@leaderberkon.com

28077545v1 92132.127.05

(9) Defendant Global Bankers Insurance Group, LLC n/k/a Aspida Financial Services, LLC

Attorneys:

Peter Haley
Nelson Mullins Riley & Scarborough LLP
One Financial Center
Suite 3500
Boston, MA 02111
617-217-4714
peter.haley@nelsonmullins.com
Alan Frederick Kaufman
Nelson Mullins Riley & Scarborough LLP
330 Madison Avenue
27th Floor
New York, NY 10017
212-413-9000
alan.kaufman@nelsonmullins.com

(10) "Unrepresented Defendants" Fleet Assist Interco Limited; Pershing, LLC; Satori Waters, LLC; Somerworth, LLC; Standard Advisory Services, Ltd., Standard Financial Limited; Standard Investment Capital, Ltd.; Treatment Resources of Margate, Inc.; Triton Financial Limited; UKAT Investment Limited; UBS Financial Services, Inc.; Credit Suisse AG Cayman Islands Branch; and the Bryn Mawr Trust Company.

3. Interested Party

(1) AAPC Holdings, LLC

Attorney:

Courina Yulisa
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
212-415-9242
yulisa.courina@dorsey.com

This the 30th day of August, 2023.

        **CONDON TOBIN SLADEK**
        **THORNTON NERENBERG, PLLC**

        By: */s/ William G. Whitehill*
        William G. Whitehill (*pro hac vice*)
        bwhitehill@condontobin.com
        Aaron Z. Tobin (*pro hac vice*)
        atobin@condontobin.com
        Jared T.S. Pace (*pro hac vice*)
        jpace@condontobin.com
        8080 Park Lane, Suite 700
        Dallas, Texas 75231
        Phone: 214-265-3800
        Fax: 214-691-6311

        *Attorneys for Lindberg Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send electronic notification of such filing to all other parties who have filed a notice of appearance.

Dated: August 30, 2023                            */s/ William G. Whitehill*
                                                                   William G. Whitehill